```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                         :
UNITED STATES OF AMERICA                 :
                                         :   ORDER
         -v-                             :
                                         :   15 Cr. 607 (   )
JAMES CAPERS,                            :
     a/k/a "Mitch,"                      :
TOMMY BROWN,                             :
     a/k/a "Bizzy,"                      :
JESSE IRVIN,                             :
     a/k/a "Spookz,"                     :
MARQUISE ROCHESTER,                      :
     a/k/a "Mook,"                       :
     a/k/a "Millz,"                      :
EDWIN MOYE,                              :
     a/k/a "Eazy,"                       :
CHRISTIAN MCKNIGHT,                      :
     a/k/a "Spice,"                      :
UNIQUE CHRISTOPHER,                      :
     a/k/a "Bills," and                  :
DANTE RODGERS,                           :
                                         :
                                         :
                      Defendants.        :
- - - - - - - - - - - - - - - - - - - - x
```

Judge Pawley

Pawley, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/15

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorneys Jessica Lonergan, Scott Hartman, and Jason Swergold;

It is found that the Indictment in the above-captioned action, 15 Cr. 607, is currently sealed and the United States

C

Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, 15 Cr. 607, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:  New York, New York
        September 9, 2015

_____
THE HONORABLE FRANK MAAS
UNITED STATES MAGISTRATE JUDGE