**Andrew G. Patel**
Attorney-at-Law
40 Fulton Street, 23rd Floor
New York, New York 10038
Fax: 646-304-6604
Apatel@apatellaw.com

**By Hand,** *ex parte*

USDC SDNY
Telephone 212-349-0230
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-28-15

RECEIVED
SEP 15 2015
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

September 15, 2015

The Honorable William H. Pauley, III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

               Re:    <u>United States v. James Capers</u>
                       15 Cr. 607 (WHP)

Dear Judge Pauley:

     As Mr. Capers has been charged with a death eligible offense, this letter is respectfully submitted to request the appointment of Joshua Dratel, Esq., to serve as learned counsel in this matter pursuant to 18 U.S.C. § 3599.

     I have consulted with David Patton, Esq., the Federal Defender for this District. It is my understanding that Mr. Patton will recommend to your Honor that Mr. Dratel be appointed as learned counsel in this matter.

Application Granted.

SO ORDERED:

                         Respectfully submitted,

                         Andrew G. Patel

WILLIAM H. PAULEY III
U.S.D.J.

                     9/28/15

cc:    Joshua Dratel, Esq. (By electronic mail)