USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNITED STATES OF AMERICA          :      15cr607
                                  :
                                  :      STIPULATION AND ORDER
         -against-                :      APPOINTING DISCOVERY
                                  :      COORDINATOR
JAMES CAPERS, et al.,             :
                                  :
                    Defendants.   :
                                  :
-----------------------------------------------------------

WILLIAM H. PAULEY III, District Judge:

It is hereby stipulated and agreed among counsel for the United States of America and counsel for each of the indigent Defendants in this criminal action that Emma M. Greenwood be appointed as Discovery Coordinator to facilitate the orderly production and dissemination of voluminous common discovery, typically in electronic form, by the Government to all court-appointed counsel for indigent Defendants.

It is further stipulated among the parties that the Discovery Coordinator shall perform the following tasks:

(A) Assist court-appointed counsel by distributing voluminous common discovery produced by the Government and relevant third-party information to all court-appointed counsel in a timely and efficient manner;

(B) Assess the amount and type of discovery to determine what technology should be used to avoid duplicative costs;

(C) Identify, evaluate, and engage third-party vendors and other litigation support services to assist court-appointed counsel;

(D) Assess the needs of individual court-appointed counsel in identifying any additional vendor support that may be required -- including copying, scanning, forensic imaging, data processing, data hosting, trial presentation, and other technology depending on the nature of the case;

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

12-2-15

(E) Provide training and support services to court-appointed counsel in the use of technology that will assist in court-appointed counsels' organization and review of discovery;

(F) Create tools based on objective criteria (such as document dates) that would assist all court appointed counsel in conducting their independent searches of discovery materials; and

(G) Assist court-appointed counsel in the preparation of budgets and funding requests to this Court.

All negotiations with the Government concerning the type or scope of discovery shall occur through court-appointed counsel. Any discovery issue relating specifically to a particular Defendant shall be addressed by court-appointed counsel for that Defendant directly with the Government and not through the Discovery Coordinator. The Discovery Coordinator's role shall not extend to substantive review of any discovery or the formulation of any litigation strategy.

The Discovery Coordinator's duties shall not include providing any legal advice to any court-appointed counsel or any Defendant. The Discovery Coordinator shall not communicate directly with any Defendant. While the Discovery Coordinator is an attorney, she shall not establish an attorney-client relationship with any Defendant.

Unless otherwise agreed, the Government shall provide all common discovery to the Discovery Coordinator who shall duplicate and distribute the discovery to all court-appointed counsel.

The Discovery Coordinator may petition this Court ex parte for funds for outside services and shall monitor all vendor invoices for these services, including confirming that the work contracted for was performed and provided. All petitions for outside services will include a basis for the requested funds, and a determination that the proposed costs are reasonable and that the services are necessary.

Retained counsel may obtain a copy of voluminous common discovery from the Discovery Coordinator, if retained counsel provides the Discovery Coordinator with any hard drive, flash drive, or other media necessary to receive said discovery materials.

Dated: November [_], 2015
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

_____
PREET BHARARA
United States Attorney for the
Southern District of New York
**By: Jessica Rose Lonergan**
**Scott Andrew Hartman**
**Jason Michael Swergold**
Assistant United States Attorneys
*On behalf of the United States of America*

_____
**Andrew Patel**
*On behalf of Defendant James Capers*

_____
**Natalie J. H. Todd**
*On behalf of Defendant Tommy Brown*

_____
**John Anthony Diaz**
On behalf of Defendant Jesse Irvin

_____
**Sarah Kunstler**
*On behalf of Defendant Marquise Rochester*

_____
**Jeffrey Pittell**
*On behalf of Defendant Edwin Moye*

_____
**Kelley Sharkey**
*On behalf of Defendant Christian McKnight*

_____
**David Touger**
*On behalf of Defendant Unique Christopher*

_____
**Thomas Francis Dunn**
*On behalf of Defendant Dante Rodgers*

3

Retained counsel may obtain a copy of voluminous common discovery from the Discovery Coordinator, if retained counsel provides the Discovery Coordinator with any hard drive, flash drive, or other media necessary to receive said discovery materials.

Dated: November [_], 2015
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

---

PREET BHARARA
United States Attorney for the
Southern District of New York
**By: Jessica Rose Lonergan**
**Scott Andrew Hartman**
**Jason Michael Swergold**
Assistant United States Attorneys
*On behalf of the United States of America*

**Andrew Patel**
*On behalf of Defendant James Capers*

**Natalie J. H. Todd**
*On behalf of Defendant Tommy Brown*

**John Anthony Diaz**
On behalf of Defendant Jesse Irvin

**Sarah Kunstler**
*On behalf of Defendant Marquise Rochester*

**Jeffrey Pittell**
*On behalf of Defendant Edwin Moye*

**Kelley Sharkey**
*On behalf of Defendant Christian McKnight*

**David Touger**
*On behalf of Defendant Unique Christopher*

**Thomas Francis Dunn**
*On behalf of Defendant Dante Rodgers*

    Retained counsel may obtain a copy of voluminous common discovery from the Discovery Coordinator, if retained counsel provides the Discovery Coordinator with any hard drive, flash drive, or other media necessary to receive said discovery materials.

Dated: November [_], 2015
   New York, New York

                 SO ORDERED:

                 _____
                 WILLIAM H. PAULEY III
                 U.S.D.J.

PREET BHARARA
United States Attorney for the
Southern District of New York
By: **Jessica Rose Lonergan**
**Scott Andrew Hartman**
**Jason Michael Swergold**
Assistant United States Attorneys
*On behalf of the United States of America*

_____
**Andrew Patel**
*On behalf of Defendant James Capers*

_____
**Natalie J. H. Todd**
*On behalf of Defendant Tommy Brown*

_____
**John Anthony Diaz**
On behalf of Defendant Jesse Irvin

_____
**Sarah Kunstler**
*On behalf of Defendant Marquise Rochester*

_____
**Jeffrey Pittell**
*On behalf of Defendant Edwin Moye*

_____
**Kelley Sharkey**
*On behalf of Defendant Christian McKnight*

_____
**David Touger**
*On behalf of Defendant Unique Christopher*

_____
**Thomas Francis Dunn**
*On behalf of Defendant Dante Rodgers*

3

Retained counsel may obtain a copy of voluminous common discovery from the Discovery Coordinator, if retained counsel provides the Discovery Coordinator with any hard drive, flash drive, or other media necessary to receive said discovery materials.

Dated: November [__], 2015
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

PREET BHARARA
United States Attorney for the
Southern District of New York
**By: Jessica Rose Lonergan**
**Scott Andrew Hartman**
**Jason Michael Swergold**
Assistant United States Attorneys
*On behalf of the United States of America*

**Andrew Patel**
*On behalf of Defendant James Capers*

**John Anthony Diaz**
*On behalf of Defendant Jesse Irvin*

**Jeffrey Pittell**
*On behalf of Defendant Edwin Moye*

**David Touger**
*On behalf of Defendant Unique Christopher*

**Natalie J. H. Todd**
*On behalf of Defendant Tommy Brown*

**Sarah Kunstler**
*On behalf of Defendant Marquise Rochester*

**Kelley Sharkey**
*On behalf of Defendant Christian McKnight*

**Thomas Francis Dunn**
*On behalf of Defendant Dante Rodgers*

3

Retained counsel may obtain a copy of voluminous common discovery from the Discovery Coordinator, if retained counsel provides the Discovery Coordinator with any hard drive, flash drive, or other media necessary to receive said discovery materials.

Dated: November [_], 2015
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

---

**PREET BHARARA**
United States Attorney for the
Southern District of New York
**By: Jessica Rose Lonergan**
**Scott Andrew Hartman**
**Jason Michael Swergold**
Assistant United States Attorneys
*On behalf of the United States of America*

---

**Andrew Patel**
*On behalf of Defendant James Capers*

**Natalie J. H. Todd**
*On behalf of Defendant Tommy Brown*

_____ December 1, 2015
**Sarah Kunstler**
*On behalf of Defendant Marquise Rochester*

**John Anthony Diaz**
On behalf of Defendant Jesse Irvin

**Jeffrey Pittell**
*On behalf of Defendant Edwin Moye*

**Kelley Sharkey**
*On behalf of Defendant Christian McKnight*

**David Touger**
*On behalf of Defendant Unique Christopher*

**Thomas Francis Dunn**
*On behalf of Defendant Dante Rodgers*

3

Retained counsel may obtain a copy of voluminous common discovery from the Discovery Coordinator, if retained counsel provides the Discovery Coordinator with any hard drive, flash drive, or other media necessary to receive said discovery materials.

Dated: November [_], 2015
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

_____
PREET BHARARA
United States Attorney for the
Southern District of New York
**By: Jessica Rose Lonergan**
**Scott Andrew Hartman**
**Jason Michael Swergold**
Assistant United States Attorneys
*On behalf of the United States of America*

_____  _____
**Andrew Patel**                **Natalie J. H. Todd**
*On behalf of Defendant James Capers*   *On behalf of Defendant Tommy Brown*

_____  _____
**John Anthony Diaz**           **Sarah Kunstler**
On behalf of Defendant Jesse Irvin   *On behalf of Defendant Marquise Rochester*

_____  _____
**Jeffrey Pittell**             **Kelley Sharkey**
*On behalf of Defendant Edwin Moye*   *On behalf of Defendant Christian McKnight*

_____  _____
**David Touger**                **Thomas Francis Dunn**
*On behalf of Defendant Unique Christopher*   *On behalf of Defendant Dante Rodgers*

3

Retained counsel may obtain a copy of voluminous common discovery from the Discovery Coordinator, if retained counsel provides the Discovery Coordinator with any hard drive, flash drive, or other media necessary to receive said discovery materials.

Dated: November [_], 2015
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

PREET BHARARA
United States Attorney for the
Southern District of New York
By: **Jessica Rose Lonergan**
**Scott Andrew Hartman**
**Jason Michael Swergold**
Assistant United States Attorneys
*On behalf of the United States of America*

_____
**Andrew Patel**
*On behalf of Defendant James Capers*

_____
**Natalie J. H. Todd**
*On behalf of Defendant Tommy Brown*

_____
**John Anthony Diaz**
On behalf of Defendant Jesse Irvin

_____
**Sarah Kunstler**
*On behalf of Defendant Marquise Rochester*

_____
**Jeffrey Pittell**
*On behalf of Defendant Edwin Moye*

_____
**Kelley Sharkey**
*On behalf of Defendant Christian McKnight*

_____
**David Touger**
*On behalf of Defendant Unique Christopher*

_____
**Thomas Francis Dunn**
*On behalf of Defendant Dante Rodgers*

3

Retained counsel may obtain a copy of voluminous common discovery from the Discovery Coordinator, if retained counsel provides the Discovery Coordinator with any hard drive, flash drive, or other media necessary to receive said discovery materials.

Dated: November [_], 2015
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

---

PREET BHARARA
United States Attorney for the
Southern District of New York
**By: Jessica Rose Lonergan**
**Scott Andrew Hartman**
**Jason Michael Swergold**
Assistant United States Attorneys
*On behalf of the United States of America*

_____
**Andrew Patel**
*On behalf of Defendant James Capers*

_____
**Natalie J. H. Todd**
*On behalf of Defendant Tommy Brown*

_____
**John Anthony Diaz**
On behalf of Defendant Jesse Irvin

_____
**Sarah Kunstler**
*On behalf of Defendant Marquise Rochester*

_____
**Jeffrey Pittell**
*On behalf of Defendant Edwin Moye*

_____
**Kelley Sharkey**
*On behalf of Defendant Christian McKnight*

_____
**David Touger**
*On behalf of Defendant Unique Christopher*

_____
**Thomas Francis Dunn**
*On behalf of Defendant Dante Rodgers*

Retained counsel may obtain a copy of voluminous common discovery from the Discovery Coordinator, if retained counsel provides the Discovery Coordinator with any hard drive, flash drive, or other media necessary to receive said discovery materials.

Dated: November [_], 2015
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

_____
PREET BHARARA
United States Attorney for the
Southern District of New York
**By: Jessica Rose Lonergan**
**Scott Andrew Hartman**
**Jason Michael Swergold**
Assistant United States Attorneys
*On behalf of the United States of America*

_____
**Andrew Patel**
*On behalf of Defendant James Capers*

_____
**Natalie J. H. Todd**
*On behalf of Defendant Tommy Brown*

_____
**John Anthony Diaz**
On behalf of Defendant Jesse Irvin

_____
**Sarah Kunstler**
*On behalf of Defendant Marquise Rochester*

_____
**Jeffrey Pittell**
*On behalf of Defendant Edwin Moye*

_____
**Kelley Sharkey**
*On behalf of Defendant Christian McKnight*

_____
**David Touger**
*On behalf of Defendant Unique Christopher*

_____
**Thomas Francis Dunn**
*On behalf of Defendant Dante Rodgers*

3