# UNITED STATES DISTRICT COURT
for the

| U.S. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 15 CR 00607 (WHP) |
| Capers, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Court-appointed defense counsel, as Coordinating Discovery Attorney

Date:  12/04/2015

*Attorney's signature*

Emma M. Greenwood/EG3434
*Printed name and bar number*

299 Broadway, Suite 802
New York, NY 10007
*Address*

emma@emgesq.com
*E-mail address*

(212) 227-5906
*Telephone number*

(212) 227-5907
*FAX number*