*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2015

**BY ECF**

The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States</u> v. <u>James Capers et al.</u>,
              15 Cr. 607 (WHP)

Dear Judge Pauley:

      The Government writes to respectfully request that the status conference in the above-captioned case, which is currently scheduled for December 18, 2015, be adjourned until 3:00 p.m. on January 29, 2016. At present, the Government has recently provided discovery, which defense counsel is beginning to review to determine whether to file any motions. The parties also intend to engage in preliminary discussions regarding the possibility of pretrial dispositions. Accordingly, the Government requests that time be excluded between December 18, 2015 and January 29, 2016, in order for defense counsel to review discovery and for the parties to attempt to work out dispositions of the case. The Government has conferred with defense counsel, all of whom have indicated that they consent to the adjournment of the conference and exclusion of time. A proposed Order for the Court's consideration is enclosed.

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney

                      By:  */s/ Jessica Lonergan*
                                Jessica Lonergan
                                Scott Hartman
                                Jason Swergold
                                Assistant United States Attorneys
                                (212) 637-1038 / 2357 / 1023

cc: all counsel (by ECF)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
 UNITED STATES OF AMERICA              :
                                                ORDER
      - v. -                           :
                                                15 Cr. 607 (WHP)
 JAMES CAPERS et al.,                  :

                Defendants.            :
- - - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Jessica Lonergan, Scott Hartman, and Jason Swergold, of counsel:

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, because it will permit defense counsel to review discovery and the parties to discuss possible pretrial dispositions. Accordingly, it is ORDERED that the time between December 18, 2015 and January 29, 2016 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

SO ORDERED.

Dated:  New York, New York
        December __, 2015

                                        _____
                                        THE HONORABLE WILLIAM H. PAULEY, III
                                        UNITED STATES DISTRICT JUDGE