

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12/10/15___

**BY ECF**

The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. James Capers et al.,**
               **15 Cr. 607 (WHP)**

Dear Judge Pauley:

      The Government writes to respectfully request that the status conference in the above-captioned case, which is currently scheduled for December 18, 2015, be adjourned until 3:00 p.m. on January 29, 2016. At present, the Government has recently provided discovery, which defense counsel is beginning to review to determine whether to file any motions. The parties also intend to engage in preliminary discussions regarding the possibility of pretrial dispositions. Accordingly, the Government requests that time be excluded between December 18, 2015 and January 29, 2016, in order for defense counsel to review discovery and for the parties to attempt to work out dispositions of the case. The Government has conferred with defense counsel, all of whom have indicated that they consent to the adjournment of the conference and exclusion of time. A proposed Order for the Court's consideration is enclosed.

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney

Application granted.

SO ORDERED:

                          By: *Jessica Lonergan*
_____
    WILLIAM H. PAULEY III          Jessica Lonergan
        U.S.D.J.                  Scott Hartman
                               Jason Swergold
                               Assistant United States Attorneys
                               (212) 637-1038 / 2357 / 1023

      cc: all counsel (by ECF)      12/10/15