UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

    - v. -                          :

JAMES CAPERS et al.,            :

           Defendants.         :

- - - - - - - - - - - - - - - - - - - x

ORDER

15 Cr. 607 (WHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/15

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Jessica Lonergan, Scott Hartman, and Jason Swergold, of counsel:

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, because it will permit defense counsel to review discovery and the parties to discuss possible pretrial dispositions. Accordingly, it is ORDERED that the time between December 18, 2015 and January 29, 2016 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

SO ORDERED.

Dated:  New York, New York
       December 10, 2015

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.