*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 22, 2015

**BY HAND & ECF**

The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States v. James Capers et al.,**
            **15 Cr. 607 (WHP)**

Dear Judge Pauley:

    We write to inform the Court and defense counsel that the Government will not seek the death penalty against James Capers in connection with the July 7, 2015 murder of Allen McQueen.

                  Respectfully submitted,

                  PREET BHARARA
                  United States Attorney

        By: *Jessica Lonergan*
                  Jessica Lonergan
                  Scott Hartman
                  Jason Swergold
                  Assistant United States Attorneys
                  (212) 637-1038 / 2357 / 1023

cc:  All defense counsel (by ECF)