UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
UNITED STATES OF AMERICA,       :
: 15 Cr. 607 (WHP)
: <u>Electronically Filed</u>
– *against* –                   :
: NOTICE OF APPEARANCE AND
JAMES CAPERS,                   : AND REQUEST FOR
: ELECTRONIC NOTIFICATION
           Defendant.           :
:
-------------------------------------------------------x

     Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of JAMES CAPERS and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

     I am an attorney in good standing in the State of New York, as well as the United States District Court for the Southern District of New York.

Dated:  January 25, 2016
         New York, New York

                                              Respectfully submitted,

                                              /s/ Joshua L. Dratel
                                              Joshua L. Dratel
                                              JOSHUA L. DRATEL, PC
                                              29 Broadway, Suite 1412
                                              New York, New York 10006
                                              (212) 732-0707
                                              jdratel@joshuadratel.com

                                              *Attorney for Defendant James Capers*