UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

UNITED STATES OF AMERICA,         Plaintiff,         Case No. 1:15-cr-00607 (WHP)

-against-

JAMES CAPERS, et al.,         Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Emma M. Greenwood**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EG3434      My State Bar Number is 4530796

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Law Office of Emma Greenwood
            FIRM ADDRESS: 299 Broadway, Suite 802 New York, NY 10007
            FIRM TELEPHONE NUMBER: (212) 227-5906
            FIRM FAX NUMBER: (212) 227-5907

NEW FIRM:   FIRM NAME: Greenwood Law Group, PLLC
            FIRM ADDRESS: 299 Broadway, Suite 802 New York, NY 10007
            FIRM TELEPHONE NUMBER: 212.227.5906
            FIRM FAX NUMBER: 212.227.5907

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 2/8/2016

ATTORNEY'S SIGNATURE