```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :     PRIOR FELONY INFORMATION
        - v. -                      :
                                    :     15 Cr. 607 (WHP)
JAMES CAPERS,                       :
    a/k/a "Mitch,"                  :
                                    :
              Defendant.            :
- - - - - - - - - - - - - - - - - - x
```

The United States Attorney charges:

1. On or about November 23, 2010, in New York Supreme Court, Bronx County, JAMES CAPERS, a/k/a "Mitch," the defendant, was convicted of Attempted Criminal Sale of a Controlled Substance in the Third Degree, in violation of New York Penal Law Section 220.39, a Class C felony, for which he was sentenced to a term of 18 months' imprisonment.

2. Accordingly, JAMES CAPERS, a/k/a "Mitch," the defendant, is subject to the enhanced penalties of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 851.)

Dated:  New York, New York
        March 3, 2016

                                    _____
                                    PREET BHARARA  NBH
                                    UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAMES CAPERS, a/k/a "Mitch,"

Defendant.

PRIOR FELONY INFORMATION

15 Cr. 607 (WHP)

(21 U.S.C. § 851.)

PREET BHARARA
United States Attorney.