**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 9, 2016

**BY ECF**

The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. James Capers et al.,**
              **15 Cr. 607 (WHP)**

Dear Judge Pauley:

      In response to Andrew Patel's letter of June 2, 2016, the Government respectfully writes to provide the Court additional information regarding the Rule 16 discovery that has been produced in this case. The Government notes that while certain discovery productions have been large, they are all organized in named folders such that defense counsel can easily identify the nature of the materials produced. For example, discovery relating to acts of violence has been produced in folders named with the date and description of the act of violence. Facebook search warrant returns are identified as such and the name of the individual whose Facebook page was searched is either in the file title or the name of the folder. Such a naming convention assists defense counsel in identifying the types of documents that have been produced, reviewing the discovery, and determining whether there are any motions to be filed.

      In addition, as Mr. Patel explained, the Government has offered to meet with counsel for each defendant to discuss the discovery relevant to that individual. When defense attorneys have contacted the Government regarding discovery, the Government has also identified categories of evidence that could potentially be the subject of a suppression motion. The Government will continue to assist defense counsel in reviewing the discovery.

The Government is prepared to proceed to trial on the scheduled date of November 28, 2016.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *Jessica Lonergan*
Jessica Lonergan
Scott Hartman
Jason Swergold
Assistant United States Attorneys
(212) 637-1038 / 2357 / 1023

cc: all counsel (by ECF)