

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 8, 2016

**BY ECF**

The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   **United States v. James Capers et al.,**
>          15 Cr. 607 (WHP)

Dear Judge Pauley:

      The Government writes to respectfully request that the deadline for the Government to respond to defense motions in the above-captioned case be set for July 20, 2016, two weeks after the motions were filed. The Government further requests that the status conference and/or hearing to address the motions, which is currently scheduled for July 18, 2016, be adjourned until 10:00 a.m. on August 15, 2016, if that is convenient for the Court. In light of the pending motions, the Government requests that time be excluded between July 18, 2016 and the new date that is set for the status conference and/or hearing. The Government has conferred with defense counsel, all of whom have indicated that they consent to the extension of the Government's response deadline, the adjournment of the conference and/or hearing, and the exclusion of time. A proposed Order for the Court's consideration is enclosed.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

By: *Jessica Lonergan*

      Jessica Lonergan
      Scott Hartman
      Jason Swergold
      Assistant United States Attorneys
      (212) 637-1038 / 2357 / 1023

cc: all counsel (by ECF)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :
                                              ORDER
       - v. -                       :
                                       15 Cr. 607 (WHP)
JAMES CAPERS et al.,                :

                    Defendants.     :
- - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Jessica Lonergan, Scott Hartman, and Jason Swergold, of counsel:

The Court finds that in light of the pending motions filed by defense counsel, it is ORDERED that the time between July 18, 2016 and _____, 2016 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D).

SO ORDERED.

Dated: New York, New York
       July __, 2016

                                    _____
                                    THE HONORABLE WILLIAM H. PAULEY, III
                                    UNITED STATES DISTRICT JUDGE