UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,        :

                                                   NOTICE OF MOTION

        -against-        :

                                                   15 CR 607 (WHP)

JAMES CAPERS,
        Defendant,        :
--------------------------------------------------------x

      PLEASE TAKE NOTICE, that the defendant James Capers, by his attorneys, Andrew G. Patel and Esere Onaodowan, and upon the annexed declaration and all papers and proceedings in this case, moves the Court, before the Honorable William H. Pauley, in the United States District Court for the Southern District of New York, for Orders:

    A.    Suppressing identification evidence, pursuant to Rule 12(b)(3)(c) of the Federal Rules of Criminal Procedure on the grounds that such evidence was obtained in violation of Mr. Capers' right to Due Process of law;

    B.    Permitting Mr. Capers to join motions filed by the co-defendants in this matter.

    C.    Any such other and further relief as this Court deems appropriate.

Dated:  New York, New York
         July 6, 2016

                                                    Counsel for James Capers
                                                    Esere Onaodowan
                                                    116 West 23rd Street
                                                    New York, NY 10011
                                                    718-427-3139
                                                    eonaodowan@eocdlaw.com

                                                    Andrew G. Patel
                                                    80 Broad Street, Suite 1900
                                                    New York, NY 10004
                                                    21-349-0230
                                                    apatel@apatellaw.com

To: All Counsel via ECF