*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 14, 2016

**BY ECF AND EMAIL**

The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   **United States v. James Capers et al.,**
>          **15 Cr. 607 (WHP)**

Dear Judge Pauley:

     The Government writes to respectfully provide an update in the above-captioned case. Six of the eight defendants have pled guilty or have reached plea agreements in principle with the Government and have expressed their intention to enter guilty pleas next week.

     The remaining defendants are James Capers and Dante Rodgers, who are scheduled to proceed to trial on November 28, 2016. We have conferred with Andrew Patel, Esq., and Thomas Dunn, Esq., counsel for Capers and Rodgers, respectively, and jointly propose the following pretrial schedule for the Court's consideration:

| | |
|---|---|
| October 31, 2016: | Enterprise letter, requests to charge, proposed voir dire, and motions *in limine* due to the Court |
| November 9, 2016: | Responses due |
| November 14, 2016: | Government to produce exhibits and 3500 material for the cooperating witnesses |
| November 15, 2016: | Replies, if any, due |
| November 18, 2016: | Government to produce 3500 material for law enforcement and civilian witnesses |
| November 21, 2016: | Final pretrial conference and *Wade* hearing |

At this time, the Government anticipates that the trial will last from two to three weeks.

          Respectfully submitted,

          PREET BHARARA
          United States Attorney

By: *Jessica Lonergan*

          Jessica Lonergan
          Scott Hartman
          Jason Swergold
          Assistant United States Attorneys
          (212) 637-1038 / 2357 / 1023

cc: all counsel (by ECF)