UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
UNITED STATES OF AMERICA    :
    :
    -v-    :
    :    15 Cr. 607 (JPC)
JAMES CAPERS,    :
    :    ORDER
    Defendant.    :
    :
    :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On January 28, 2022, the Court received a sealed request to appoint Andrew G. Patel, Esq. and Benjamin Silverman, Esq. as attorneys for Defendant for purposes of resentencing. The request is granted. Mr. Patel and Mr. Silverman are appointed pursuant to the Criminal Justice Act effective as of January 26, 2022.

    SO ORDERED.

Dated: February 1, 2022
       New York, New York

                                JOHN P. CRONAN
                            United States District Judge