UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
 -v- :
: 15 Cr. 607 (JPC)
JAMES CAPERS, :
: ORDER
                   Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On December 14, 2021, the United States Court of Appeals for the Second Circuit vacated Defendant James Capers's conviction on Count 5 and remanded to this Court for further proceedings. Dkt. 309 at 4-5, 53. The Court subsequently scheduled resentencing for Defendant for August 17, 2022, at 10:00 a.m. Dkt. 326. On June 21, 2022, Defendant requested that the Probation Department prepare a revised Presentence Report ("PSR") in advance of sentencing. That request is granted, and the Probation Department is directed to prepare a revised PSR for Defendant. The Government shall submit any additional information to the Probation Department by July 8, 2022, and Defendant shall submit any additional information to the Probation Department by July 15, 2022. Defendant's sentencing remains scheduled for August 17, 2022, unless otherwise ordered by the Court. The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 328.

      SO ORDERED.

Dated: July 1, 2022
       New York, New York
                                                      JOHN P. CRONAN
                                               United States District Judge