**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                                                                  Telephone 212-349-0230

**By ECF**

July 12, 2022

Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

                    Re:    **U.S. v. James Capers**
                              15 Cr. 607 (JPC)

Dear Judge Cronan:

      This letter is respectfully submitted to request an adjournment of Mr. Capers' sentencing.

      We make this request primarily due to the complications of meeting with Mr. Capers due to the continuing issues at the MDC.  I have consulted with counsel for the Government who consent to this adjournment.  I have been advised that September 14, 2022 at 10:00am is a convenient date and time for Your Honor.  All counsel are available on that date.

                                          Respectfully submitted,

                                          /s/Andrew Patel
                                        Andrew G. Patel
                                        Benjamin Silverman
                                        *Counsel for James Capers*

The request is granted.  The sentencing previously scheduled for August 17, 2022, Dkt. 326, is adjourned until September 15, 2022 at 4:00 p.m.  The parties shall appear at that time in Courtroom 12D of the Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED
Date: July 18, 2022
New York, New York

                            JOHN P. CRONAN
                          United States District Judge