UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
:
    -v-                                                            :
:      15 Cr. 607 (JPC)
JAMES CAPERS,                                                          :
:      <u>ORDER</u>
                   Defendant.                                    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      During Defendant's jury trial in November and December 2016, the Court received into evidence Government Exhibit 201, which was a surveillance video taken of the vicinity of Taylor Avenue on the date on which Allen McQueen was killed. *See, e.g.*, Dkt. 153 at 61. By September 19, 2022, the Government shall submit to the Court via email, copying defense counsel, a copy of Government Exhibit 201, including any subparts of the Exhibit that depict Defendant's shooting of Mr. McQueen.

      SO ORDERED.

Dated: September 12, 2022
       New York, New York
                                                            JOHN P. CRONAN
                                                           United States District Judge