**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Fax: 646-304-6604
apatel@apatellaw.com                                                                  Telephone 212-349-0230

**By ECF**

November 18, 2022

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                            Re:     United States v. James Capers
                                        15 Cr. 607 (JPC)

Dear Judge Cronan:

      I write with the Government's consent to respectfully request that James Capers' sentencing – presently scheduled for Thursday, December 1, 2022, be rescheduled until any date during the second week of January, 2023 (1/9/23-1/13/23) that is convenient to Your Honor.   We make this request to accommodate some unexpected conflicts in the schedules of counsel.

      As we previously noted, Mr. Capers faces a very high mandatory minimum and is years away from reaching it.   Assistant United States Attorney Jason Swergold consents to this request on behalf of the Government.

      Thank you for your consideration.

                                                      Respectfully submitted,

                                                        /s/Andrew Patel
                                                        Andrew Patel
                                                       Benjamin Silverman
                                                       *Attorneys for James Capers*

cc: Counsel of record (by ECF)

The request is granted.  Resentencing for Defendant James Capers is adjourned until January 12, 2023 at 9:00 a.m.

SO ORDERED
Date: November 21, 2022
New York, New York

                                                   JOHN P. CRONAN
                                                  United States District Judge