UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA              :

      -v.                                              :    Order To Proceed
                                                                                                                       *In Forma Pauperis*

JAMES CAPERS,                         :
                                                                                                                     15 Cr. 607 (JPC)

        Defendant,                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      James Capers was found to be indigent and to qualify for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. 3006A, by the Honorable Frank Mass, United States Magistrate Judge, on September 9, 2015.   See Docket Entry No. 24.

      James Capers was found to have insufficient funds to pay a fine by the United States Probation Officer who prepared a Pre-sentence Report.

      It is therefore Ordered that James Capers may proceed on the appeal of this matter *in forma pauperis* without payment of cost or fee or the necessity of giving security therefore.

Dated: New York, New York
        January 17, 2023

                                                           So Ordered

                                                           Hon. John P. Cronan
                                                           United States District Judge