```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
          -v-                                                          :
                                                                       :         15 Cr. 607 (JPC)
JAMES CAPERS,                                                          :
                                                                       :              ORDER
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 5, 2023, Defendant James Capers filed a *pro se* motion to modify his term of imprisonment pursuant to 18 U.S.C. 3582(c)(1)(A). The Government shall respond to Defendant's motion by August 4, 2023.

    SO ORDERED.

Dated: July 6, 2023
       New York, New York

                                                   JOHN P. CRONAN
                                         United States District Judge