```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA                                :
                                                        :
              -v-                                       :
                                                        :                 15 Cr. 607 (JPC)
JAMES CAPERS,                                           :
                                                        :                     ORDER
                            Defendant.                  :
                                                        :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 5, 2023, Defendant James Capers filed a *pro se* motion to modify his term of imprisonment pursuant to 18 U.S.C. 3582(c)(1)(A).  On July 6, 2023, the Court ordered the Government to respond to Defendant's motion by August 4, 2023.  The Government failed to do so.  The Government is ordered to respond to Defendant's motion by August 16, 2023.

SO ORDERED.

Dated: August 9, 2023
       New York, New York                         _____
                                                          JOHN P. CRONAN
                                                      United States District Judge