UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
-v-                                                                     :
:                    15 Cr. 607 (JPC)
TOMMY BROWN,                                                            :
:                    ORDER
Defendant.                                                              :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

An evidentiary hearing on October 12, 2023 on Defendant Tommy Brown's alleged violations of his supervised release conditions is scheduled for October 12, 2023, at 2:00 p.m. *See* Minute Entry August 15, 2023. By October 6, 2023, the Government shall file a letter informing the Court which of the specifications the Government will seek to prove at the hearing. In addition, by October 11, 2023, the Government is directed to submit, in electronic form, any exhibits the Government intends to introduce at the hearing.

SO ORDERED.

Dated: October 4, 2023
       New York, New York                    _____
                                             JOHN P. CRONAN
                                             United States District Judge